UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHODE-NYC, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RHODEDEODATO CORP., HRBEAUTY, LLC d/b/a RHODE, and HAILEY BIEBER,<br><br>Defendants. | Civ. No. 22-cv-5185<br><br>**PLAINTIFF RHODE-NYC, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Rhode-NYC, LLC ("Rhode"), by and through its attorneys, Orrick, Herrington & Sutcliffe LLP, makes the following disclosure:

Rhode is owned by Rhode Holding Corp ("RHC"), a New York corporation, and Phoebe Vickers. RHC is held by Silk International Ltd ("Silk"), a holding company registered in United Arab Emirates. Silk is entirely owned by Shiva Foundation, registered in the United Arab Emirates. No publicly held corporation owns 10% or more of Rhode's stock.

Dated: June 22, 2022

Respectfully Submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Lisa T. Simpson
Lisa T. Simpson
lsimpson@orrick.com
Christopher J. Cariello
Rochelle F. Swartz
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000

*Attorneys for Plaintiff Rhode-NYC*