UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                                :

RHODE-NYC, LLC

        Plaintiff,                :    22-CV-5185 (LGS) (SLC)

                                                :    **CORPORATE DISCLOSURE**

    vs.                                              **STATEMENT OF DEFENDANTS**
                                                :    **RHODEDEODATO CORP.**

RHODEDEODATO CORP., et al.,      **AND HRBEAUTY LLC**

        Defendants.             :

                                                :
------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Rhodedeodato Corp. and HRBeauty LLC disclose the following:

1. Rhodedeodato Corp. has no corporate parents, and no publicly-held company owns more than 10% of its stock.

2. HRBeauty LLC has no corporate parents, and no publicly-held company owns more than 10% of its stock.


Dated: New York, New York            Respectfully submitted,
         June 27, 2022

                                        COOLEY LLP

                                        By:   */s/Joseph Drayton*
                                               Joseph Drayton
                                               55 Hudson Yards
                                               New York, NY  10001-2157
                                               Phone:  (212) 479-6539
                                               Email: jdrayton@cooley.com

                                      *Counsel for Defendants Rhodedeodato Corp.,*
                                        *HRBeauty LLC, and Mrs. Hailey Rhode Bieber*

271200574