UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RHODE-NYC, LLC,                                             :
                               Plaintiff,                   :
                                                            :     22 Civ. 5185 (LGS)
              -against-                                     :
                                                            :     ORDER
RHODEDEODATO CORP., et al.,                                 :
                               Defendants.                  :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, on July 22, 2022, Plaintiff filed an emergency letter motion. (Dkt. No. 55.) It is hereby

   **ORDERED** that the parties shall appear for a conference on **July 22, 2022, at 1:00 p.m.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: July 22, 2022
       New York, New York

                                            _____
                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**