```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  RHODE-NYC, LLC,                                           :
                                    Plaintiff,              :
                                                            :            22 Civ. 5185 (LGS)
                  -against-                                 :
                                                            :               ORDER
  RHODEDEODATO CORP., et al.,                               :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 21, 2022, Plaintiff filed a motion for a preliminary injunction.  (Dkt. No. 6.)

WHEREAS, the Court held oral argument on the motion on July 21, 2022.

WHEREAS, on July 22, 2022, Plaintiff filed an emergency letter motion related to Defendants' intent to release its documentary entitled "The Making of Rhode" the same day, at 3:00 p.m.  (Dkt. No. 55.)

WHEREAS, the Court held a conference on July 22, 2022, at 1:00 p.m.

WHEREAS, following the conference, Defendants proffered the documentary for the Court's review.  It is hereby

**ORDERED** that, having viewed the documentary, Plaintiff's motion for a preliminary injunction is **DENIED without prejudice** for the reasons stated at the conference.

Dated: July 22, 2022
       New York, New York

                                              _____
                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE