UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
: 
RHODE-NYC, LLC,                                                  :    **ORDER**
:
                Plaintiff / Counter-Defendant,  :    22 Civ. 5185 (AKH)
:
  -against-                                                    :
:
:
:
RHODEDEODATO CORP., et al.,                                      :
:
                Defendants / Counter-
                Plaintiffs.
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Parties' joint motion to modify discovery deadlines, ECF No. 90, is granted. Depositions pursuant to FRCP 30 and 32 shall be completed by August 23, 2023. Fact discovery shall close August 23, 2023. The status conference currently scheduled for June 16, 2023, is adjourned to September 22, 2023, at 10:00 a.m.

       SO ORDERED.

Dated:     May 9, 2023                                /s/ Alvin K. Hellerstein
           New York, New York              ALVIN K. HELLERSTEIN
                                                           United States District Judge