UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
: 
RHODE-NYC, LLC,                              :         **ORDER**
: 
              Plaintiff / Counter-Defendant,  :         22 Civ. 5185 (AKH)
: 
   -against-                                :
: 
: 
: 
RHODEDEODATO CORP., et al.,                  :
: 
              Defendants / Counter-
              Plaintiffs.
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Parties' joint motion to modify discovery deadlines, ECF No. 96, is granted. There will be no further extensions. Fact discovery shall close November 3, 2023. The status conference currently scheduled for September 22, 2023 is adjourned to November 9, 2023, at 10:00 a.m to regulate expert witness discovery.

       SO ORDERED.

Dated:     August 11, 2023                      /s/ Alvin K. Hellerstein
            New York, New York               ALVIN K. HELLERSTEIN
                                                         United States District Judge