UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

RHODE-NYC, LLC,

      Plaintiff / Counter-Defendant,

vs.

RHODEDEODATO CORP., et al.,

      Defendants / Counter-Plaintiffs.

------------------------------------- X

22-CV-5185 (AKH)

**NOTICE OF WITHDRAWAL OF COUNSEL**

    PLEASE TAKE NOTICE that Ari Lipsitz is no longer affiliated with Cooley LLP and, pursuant to Local Civil Rule 1.4, I submit this notice of withdrawal of counsel on behalf of Defendants / Counter-Plaintiffs Hailey Rhode Bieber, Rhodedeodato Corp. and HRBeauty, LLC (collectively, "**Defendants**"). I respectfully request, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address alipsitz@cooley.com be removed from the ECF service notification list for this case.

    Defendants shall continue to be represented by remaining counsel of record from Cooley LLP.

Dated: New York, New York
      November 21, 2023

                                            */s/ John Paul Oleksiuk*
                                            John Paul Oleksiuk
                                            55 Hudson Yards
                                            New York, NY  10001-2157
                                            Phone:  (212) 479-6363
                                            Email: jpo@cooley.com