UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHODE-NYC, LLC,

                Plaintiff,

  -v-

RHODEDEODATO CORP., HAILEY BIEBER, and HRBEAUTY LLC d/b/a RHODE,

                Defendants.

CIVIL ACTION NO. 22 Civ. 5185 (AKH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Thursday, March 28, 2024 at 2:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:    New York, New York
           March 5, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**