UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHODE-NYC, LLC,

                Plaintiff,

  -v-

RHODEDEODATO CORP., HAILEY BIEBER, and HRBEAUTY LLC d/b/a RHODE,

                Defendants.

CIVIL ACTION NO. 22 Civ. 5185 (AKH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    A telephone conference to discuss settlement is scheduled for **Friday, April 26, 2024 at 5:30 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties' counsel shall attend the conference, and the parties themselves may, but need not, attend the conference.

Dated:    New York, New York
            April 23, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**