UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                      :
RHODE-NYC, LLC,                       :
                                      :   22-CV-5185 (AKH) (SLC)
         Plaintiff / Counter-         :
         Defendant,                   :
                                      :
    vs.                               :   **JOINT STIPULATION OF**
                                      :   **VOLUNTARY DISMISSAL**
RHODEDEODATO CORP., et al.,           :
                                      :
         Defendants / Counter-        :
         Plaintiffs.                  :
                                      :
------------------------------------- X

*So ordered. The Clerk shall terminate all motions and mark the case close.*

/s/ Alvin K. Hellerstein
7-9-24

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff/Counter-Defendant Rhode-NYC, LLC and Defendants/Counter-Plaintiffs Rhodedeodato Corp., HRBeauty LLC, and Hailey Rhode Bieber that all claims and counterclaims in the above-captioned action are voluntarily dismissed with prejudice, and with each side bearing its own costs and fees.

Dated: July 2, 2024                          Respectfully submitted,

/s/ Megan K. Bannigan                        /s/ [signature]

**DEBEVOISE & PLIMPTON LLP**                 **COOLEY LLP**
Megan K. Bannigan                            Rebecca Givner-Forbes (*pro hac vice*)
66 Hudson Boulevard                          1299 Pennsylvania Ave, NW Ste 700
New York, New York 10001                     Washington, DC 20004
Tel: (212) 909-6127                          Phone: (202) 842-7800
Email: mkbannigan@debevoise.com              Email: rgf@cooley.com

*Counsel for Plaintiff /*                    *Counsel for Defendants / Counter-*
*Counter-Defendant*                          *Plaintiffs Rhodedeodato Corp.,*
                                             *HRBeauty LLC, and Hailey Rhode*
                                             *Bieber*